UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRECK SUNDERLAND,<br><br>            Petitioner,<br><br>     vs.<br><br>JAMES D. HARTLEY,<br><br>            Respondent.<br>_____/ | 1:09-cv-00092-DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

   IT IS SO ORDERED.

   Dated:   **January 22, 2009**                    **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE